Steven T. Lowe, Esq. SBN 122208
steven@lowelaw.com
Kris LeFan, Esq., SBN 278611
kris@lowelaw.com
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Hao Ni (*pro hac vice*)
hni@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

*Attorneys for Plaintiff*
*Bluestone Innovations LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **BLUESTONE INNOVATIONS LLC**,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**TIGERDIRECT, INC.**,<br><br>　　　　　　Defendant. | Case No. 4:15-cv-05489-PJH<br><br>**NOTICE OF VOLUNTARRY DISMISSAL AND ORDER** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Bluestone Innovations LLC pursuant to Fed. R. Civ. P. 41(a), hereby moves for a dismissal without prejudice of all of its claims against Defendant TigerDirect, Inc.,

Prior to the filing of this motion, Defendant TigerDirect, Inc., has yet to file an answer or motion for summary judgment

Dated: April 20, 2016

NI, WANG & MASSAND, PLLC

By: /s/ Hao Ni
HAO NI

Attorney for Plaintiff
BLUESTONE INNOVATIONS LLC

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on April 20, 2016, with a copy of this document via the Court's CM/ECF system.

/s/ Hao Ni
HAO NI

**ORDER OF DISMISSAL**

In consideration of Plaintiff Bluestone Innovation LLC's filing of a Notice of Voluntary Dismissal before an answer or motion for summary judgment has been filed by Defendant Lowe's Companies, Inc., the Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims are dismissed WITHOUT prejudice in accordance with Fed. R. Civ. P. 41(a); and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Signed this __20th__ day of April, 2016.



_____
United States District Judge

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 4:15-cv-05489-PJH